JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL CASTANEDA,<br><br>               Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY; and DOES 1 to 10, inclusive,<br><br>               Defendants. | Case No.:  2:25-cv-3419-MEMF-MAA<br><br>**JUDGMENT** |

Pursuant to Defendant Ford Motor Company's Offer of Judgment under Rule 68 of the Federal Rules of Civil Procedure, and Plaintiff's acceptance thereof, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Plaintiff Ismael Castaneda and against Defendant Ford Motor Company in the total sum of Fifteen Thousand Dollars ($15,000), consisting of:
    a. Seven Thousand Five Hundred Dollars ($7,500) inclusive of all damages, restitution, penalties, prejudgment and post-judgment interest, and any other sums or claims asserted in this action; and
    b. Seven Thousand Five Hundred Dollars ($7,500) for attorney's fees and costs.

2. This judgment fully and finally resolves all claims and causes of action asserted by Plaintiff in this action.

3. Plaintiff shall file an Acknowledgment of Satisfaction of Judgment within 14 days after Defendant tenders payment as set forth in the parties' agreement.

4. No separate release of claims is required

IT IS SO ORDERED.

Dated: August 20, 2025

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge